UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCIANO AVALOS DIMAS,          ) | Case No. CV 10-4270-DDP (AJW) |
|                                ) | |
|         Petitioner,            ) | |
|                                ) | |
|     v.                         ) | |
|                                ) | JUDGMENT |
| VENTURA COUNTY PROBATION       ) | |
| DEPARTMENT,                    ) | |
|                                ) | |
|         Respondent.            ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: _February 23, 2012

_____
Dean D. Pregerson
United States District Judge